## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| I'Osha Gray, | Case No. 26-CV-0001 (LMP/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Hanbery & Turner, P.A., | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of I'Osha Gray (ECF No. 2) is GRANTED.

2. If Ms. Gray intends to effect service of process through officers of the Court, then Ms. Gray must submit a properly completed Marshal Service Form (Form USM-285) for the defendant.  By **February 5, 2026**, Ms. Gray must either complete and return the Marshal Service Form or file a letter stating that she intends to effect service of process on her own behalf.  If she fails to do so, the Court may recommend that this matter be dismissed without prejudice for failure to prosecute it.  The Court will provide a Marshal Service Form to Ms. Gray.

3. The Court directs the Clerk of Court to seek a waiver of service from defendant Hanbery & Turner, P.A. after Ms. Gray returns the completed Marshal Service Form, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If the defendant fails without good cause to sign and return a waiver within 30 days of the date when the waiver is mailed, the Court will impose upon the defendant

the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: January 6, 2026  *s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge